Jaime De La Rosa

2601 La Frontera Blvd #3202

Round Rock, Texas 78610

(512) 955 – 6630

FILED

2014 MAR -5  PM 3: 55

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY

Civil Action No. 1:14-cv-116 SS

I, Jaime De La Rosa, on this 5th day of March, 2014 am submitting to the courts my admission to causes of damages that The Academy of Motion Picture Arts and Sciences have alleged against me.

To prove this I have submitted evidence in my response to Exhibits E, F and J

I have not retained legal counsel and will defend myself shall this case go to court.

