

Jaime De La Rosa< jdlr1018@gmail.com>

## Your eBay listing is confirmed: Knight Holding Sword Hollywood Metal Movie Acting Trophy Award

1 message

**eBay** < ebay@ebay.com>                                    Mon, Nov 11, 2013 at 10:41 AM
Reply-To: ebay@ebay.com
To: jdlr1018@gmail.com

    eBay sent this message to Jaime De La Rosa (jjleo0205).
Your registered name is included to show this message originated from eBay. Learn more.

## Your item has been listed. Sell another item now!

Hi jjleo0205,

Your item has been successfully listed on eBay. It may take some time for the item to appear on eBay search results. Here are the listing details:

**Ready to List Your Next Item?**

**Sell More**

*Click to list another item*



Knight Holding Sword Hollywood Metal Movie Acting Trophy Award
Item Id:      281205348624
Price:        $850.00
End time:   Dec-11-13 08:41:31 PST
Listing fees:$1.50
Revise item | Go to My eBay

## Select your email preferences

- Want to reduce your inbox email volume? Receive this email as a daily digest.
  For other email digest options, go to Notification Preferences in My eBay.
- Don't want to receive this email? Unsubscribe from this email.

| | Marketplace Safety Tip |
|---|---|

- If you are contacted about buying a similar item outside of eBay, please do not respond. Outside-of-eBay transactions are against eBay policy, and they are not covered by eBay services such as feedback and eBay purchase protection programs.

Email reference id: [#d3d4b70d262c4738934ff58311cb051c#]

Learn More to protect yourself from spoof (fake) emails.

eBay sent this email to you at jdlr1018@gmail.com about your account registered on www.ebay.com.

eBay sends these emails based on the preferences you set for your account. To unsubscribe from this email, change your communication preferences. Please note that it may take up to 10 days to process your request. Visit our Privacy Policy and User Agreement if you have any

Case 1:14-cv-00116-SS Document 11-1 Filed 03/05/14 Page 2 of 22

questions.

Copyright © 2013 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. eBay and the eBay logo are trademarks of eBay Inc. eBay Inc. is located at 2145 Hamilton Avenue, San Jose, CA 95125.



Jaime De La Rosa< jdlr1018@gmail.com>

## MC999 Listing policy violation alert: Trademark Violation - Unauthorized Item
1 message

**customerhelp@ebay.com** < customerhelp@ebay.com>                    Fri, Nov 15, 2013 at 2:56 PM
To: jdlr1018@gmail.com

 

eBay sent this message to De La Rosa, Jaime (jjleo0205).
Your registered name is included to show this message came from eBay. Learn more about how to tell if an email is really from eBay.

## MC999 Listing policy violation alert: Trademark Violation - Unauthorized Item

Hello jjleo0205,

After reviewing your eBay account, it appears that you have violated eBay's Trademark Violation - Unauthorized Item policy. We realize you may not have been aware of this policy, or that this may have been a simple oversight, but unfortunately, we had to take the following actions on your account:
- Violating listings have been removed. A list of items that were removed can be viewed at the bottom of this message.
- We have credited any associated fees to your account.

Your listing was removed after the rights owner notified us that your item infringes on their trademark rights. We urge you to contact the rights owner directly for more information about why they requested the removal of your listing and whether you may relist the item.

For more information on our VeRO program, go to:
http://pages.ebay.com/help/sell/trademark.html

Please be sure your current and future listings follow these guidelines, keeping in mind that additional violations of this policy could result in the suspension of your account.

We encourage you to contact Academy of Motion Picture Arts and Sciences directly if you have any questions.

You can send an email to:
smiller@oscars.org

For more information on how eBay protects Intellectual Property, or for additional information if you believe that your listing has been removed as a result of an error or misidentification, please visit the following Help page:
http://pages.ebay.com/help/policies/programs-vero-ov.html

If you have additional questions, contact our policy experts. Get started by clicking the link below:
http://ocsnext.ebay.com/ocs/cusr?query=1337&domain=email1414

Here are the listings that were removed:

Case 1:14-cv-00146-SS   Document 1-1   Filed 03/05/14   Page 4 of 22

281205348624 - Academy Award Hollywood Metal Movie Acting Trophy Prop Replica

We appreciate your cooperation.

Thanks,

eBay

Please don't reply to this message. It was sent from an address that doesn't accept incoming email.

eBay Document ID: 7649628000

Learn More about how to protect yourself from spoof (fake) emails.

This administrative email was sent to jdlr1018@gmail.com from eBay. As outlined in our User Agreement, eBay will periodically send you required emails about site changes, site enhancements, and your transactions. Read our Privacy Policy and User Agreement for more details if you have any questions.

Copyright ©2013 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. eBay and the eBay logo are trademarks of eBay Inc. eBay Inc. is located at 2145 Hamilton Avenue, San Jose, CA 95125.





**INVOICE**

Invoice number
093013-11264713560014

September 30, 2013

eBay, Inc.
2145 Hamilton Avenue
San Jose, CA 95125
United States

**Account summary**    September 1 - September 30 Pacific Time

| | |
|---|---|
| Previous balance | $536.69 |
| Payment received  Oct 1 -Thank you | -$537.19 |

**Bill to**

Jaime De La Rosa
2601 La Frontera Blvd Apt 3202
Round Rock, TX 78681
United States

**New fees** Includes promotional savings where applicable

| | |
|---|---|
| Advanced listing upgrade fees | $4.90 |
| Final value fees | $157.50 |
| **Subtotal** | **$162.40** |

**eBay user ID**
jileo0205

**Discounts and credits**

| | |
|---|---|
| Credits | -$0.50 |
| **Subtotal** | **-$0.50** |

**Sequential ID**
13-US380911626-6 IN

| | |
|---|---|
| **Total due** | **$161.40** |

**Know your Invoice**

You have set up PayPal as your automatic payment method. Your invoice amount will be automatically deducted from your PayPal account between **October 15, 2013** and **October 17, 2013**. The amount deducted may vary based on recent payments or credits

**Advanced listing upgrade fees**
Includes fees on listing features and upgrades, such as Buy It Now. Learn more

**Subscription and onetime fees**
Includes subscriptions and other monthly fees, such as an eBay store subscription, seller tool subscriptions, late fees   and declined payment fees

- Make a onetime payment
- Change your payment method

**Promotional savings** (View details)

| | |
|---|---|
| Insertion fees | -$1.80 |
| Advanced listing upgrade fees | -$0.50 |

**Shipping fees**
Includes services such as Global Shipping Program, return and FedEx shipping tables printed on eBay. Learn more

| | |
|---|---|
| **Total Saved**\*\* | **-$2.30** |

\*\*Total saved is an estimate and may not include all promotions credits or reflect changes in your eligibility for promotions

**Notice**

Late Fees: You may be billed a late payment fee if payment on your account is overdue. Please refer to the Payment requirements section of the eBay Help pages for more information.

The services described in this statement relate to your registration on www.ebay.com

**Everything about fees**

- Learn more about selling fees
- Discover how fees work on eBay

**More Information**

- Your contact information
- Payment and processing policies

## Invoices, payment, and refunds

### Last invoice

| Date (PT) | Title | Amount (USD) |
|---|---|---|
| Aug 31 | Last invoice -Aug 31 | $536.69 |
| | | Total last invoices: $536.69 |

### Payments

| Date (PT) | Payment | Amount (USD) |
|---|---|---|
| Sep 11 | Check payment--Thank you | -$537.19 |
| | | Total payments: -$537.19 |

**Total invoices, payments, and refunds: -$0.50**

## Credits

### Transaction credits

| Date (PT) | Title | Item | Fee type | Amount (USD) |
|---|---|---|---|---|
| Sep 4 15:28:58 | Merit Award for Acting Hollywood Movie Trophy Ref # Enditem | 281162686203 | Item Subtitle Fee | -$0.50 |
| | | | | Total credits: -$0.50 |

**Total credits: -$0.50**

## New Fees

### Transaction fees

| Date (PT) | Title | Item | Fee type | Amount (USD) |
|---|---|---|---|---|
| Sep 4 15:28:58 | Merit Award for Acting Hollywood Movie Trophy | 281162686203 | Item Subtitle Fee | $0.50 |
| Sep 11 07:15:01 | Merit Award for Acting Hollywood Movie Trophy | 281166406558 | Item Subtitle Fee | $0.50 |
| Sep 13 20:29:06 | Merit Award for Acting Hollywood Movie Trophy joe-n-russ Final price: $275.00 (Fixed Price) | 281166406558 | Final Value Fee | $27.50 |
| Sep 14 01:41:17 | Merit Award for Acting Hollywood Movie Trophy Shipping and other costs less sales tax: $25.00 (Fixed Price) | 281166406558 | Final Value Fee on Shipping | $2.50 |
| Sep 14 11:26:17 | | 281167953918 | Item Subtitle Fee | $1.50 |

| Date (PT) | Title | Item | Fee type | Amount (USD) |
|---|---|---|---|---|
| | Merit Award for Acting Hollywood Movie Trophy | | | |
| Sep 14 19:01:13 | Merit Award for Acting Hollywood Movie Trophy cranberrysdb Final price: $275.00 (Fixed Price) | 281167953918 | Final Value Fee | $27.50 |
| Sep 14 19:01:14 | Merit Award for Acting Hollywood Movie Trophy Shipping and other costs less sales tax: $25.00 (Fixed Price) | 281167953918 | Final Value Fee on Shipping | $2.50 |
| Sep 15 12:03:43 | Merit Award for Acting Hollywood Movie Trophy | 281168559525 | Item Subtitle Fee | $1.50 |
| Sep 16 07:49:29 | Merit Award for Acting Hollywood Movie Trophy props1010 Final price: $475.00 (Fixed Price) | 281168559525 | Final Value Fee | $47.50 |
| Sep 16 07:49:30 | Merit Award for Acting Hollywood Movie Trophy Shipping and other costs less sales tax: $25.00 (Fixed Price) | 281168559525 | Final Value Fee on Shipping | $2.50 |
| Sep 16 10:19:57 | Merit Award for Acting Hollywood Movie Trophy | 281169170532 | Item Subtitle Fee | $0.50 |
| Sep 17 09:49:40 | Merit Award for Acting Hollywood Movie Trophy studiosouth Final price: $195.00 (Fixed Price) | 281169170532 | Final Value Fee | $19.50 |
| Sep 17 09:49:41 | Merit Award for Acting Hollywood Movie Trophy Shipping and other costs less sales tax: $25.00 (Fixed Price) | 281169170532 | Final Value Fee on Shipping | $2.50 |
| Sep 21 13:34:06 | Merit Award for Acting Hollywood Movie Trophy 10 day duration fee | 281172341909 | Special Duration Fee | $0.40 |
| Sep 30 22:46:47 | Merit Award for Acting Hollywood Movie Trophy 281172341909 Highest bid price $255.00 | 281172341909 | End Auction-style listings early Fee | $25.50 |

Transaction fees total: $162.40

## Total new fees: $162.40

**Billing Detail Summary**

| | |
|---|---|
| Total invoices, payments, and refunds | -$0.50 |
| Total discounts | $0.00 |
| Total credits | -$0.50 |

| | |
|---|---|
| Total New Fees | $162.40 |
| **Total Amount due** | **$161.40** |

How do I pay my invoice?

Thank you for doing business with eBay!



**Invoice number**
103113-11264713500014



# INVOICE
October 31, 2013

eBay, Inc.
2145 Hamilton Avenue
San Jose, CA 95125
United States

**Bill to**

Jaime De La Rosa
2601 La Frontera Blvd Apt 3202
Round Rock, TX 78681
United States

**eBay user ID**
jileo0205

**Sequential ID**
110213-US384785111-7 IN

## Know your Invoice

**Advanced listing upgrade fees**
Includes fees on listing features and
upgrades, such as Buy it Now. Learn more

**Subscription and onetime fees**
Includes subscriptions and other monthly
fees, such as an eBay store subscription
seller tool subscriptions, late fees  and
declined payment fees

**Shipping fees**
Includes services such as Global Shipping
Program, return and FedEx shipping tables
printed on eBay. Learn more

## Account summary
October 1 - October 31 Pacific Time

| | |
|---|---|
| Previous balance | $161.40 |
| Payment received  Nov 1 -Thank you | -$161.40 |
| **New fees** Includes promotional savings where applicable | |
| Advanced listing upgrade fees | $14.90 |
| Final value fees | $368.50 |
| **Subtotal** | **$383.40** |
| **Discounts and credits** | |
| Credits | -$150.00 |
| **Subtotal** | **-$150.00** |
| **Total due** | **$233.40** |

You have set up PayPal as your automatic payment method. Your
invoice amount will be automatically deducted from your PayPal
account between **November 15, 2013** and **November 17, 2013**. The
amount deducted may vary based on recent payments or credits.

- Make a onetime payment
- Change your payment method

### Promotional savings  (View details)

| | |
|---|---|
| Insertion fees | -$2.10 |
| Advanced listing upgrade fees | -$0.60 |
| **Total Saved**** | **-$2.70** |

**Total saved is an estimate and may not include all promotions credits or
reflect changes in your eligibility for promotions

## Fees as a percentage of your sales

**This month's eBay sales and fees**



Total
monthly
sales
$3,585.00

Total
monthly
fees
10.69%

Based on your monthly fees and credits
totaling $383.40, your fees as percentage
of your sales is 10.69%

Total monthly fees exclude fee credits from refunds or
unpaid items, non-recurring charges (e.g. late fees),
shipping label charges, and PayPal fees. Total monthly
sales excludes shipping cost paid by the buyer. Refunds,
unpaid items and sales donated to charity are not subtracted
from the total monthly sales.

The fees as a percentage of your sales calculation will be in your billing currency and may exclude certain fees on the invoice, does not reflect costs not incurred on eBay and is provided for your convenience only. eBay disclaims any warranty as to the accuracy and completeness of the calculation and does not accept any liability for reliance on the calculation.

**Notice**

Late Fees: You may be billed a late payment fee if payment on your account is overdue. Please refer to the Payment requirements section of the eBay Help pages for more information.

The services described in this statement relate to your registration on www.ebay.com

### Everything about fees

- Learn more about selling fees
- Discover how fees work on eBay

### More Information

- Your contact information
- Payment and processing policies

## Invoices, payment, and refunds

### Last invoice

| Date (PT) | Title | Amount (USD) |
|---|---|---|
| Sep 30 | Last invoice -Sep 30 | $161.40 |
| | | Total last invoices: $161.40 |

### Payments

| Date (PT) | Payment | Amount (USD) |
|---|---|---|
| Oct 15 | PayPal payment--Automatic monthly billing--Thank you | -$161.40 |
| | | Total payments: -$161.40 |

**Total invoices, payments, and refunds: $0.00**

## Credits

### Transaction credits

| Date (PT) | Title | Item | Fee type | Amount (USD) |
|---|---|---|---|---|
| Oct 22 19:41:51 | Hollywood Merit Award For Acting Famous Gold Achievement Trophy Prop | 281189054236 | Final Value Fee | -$150.00 |
| | | | | Total credits: -$150.00 |

**Total credits: -$150.00**

## New Fees

### Transaction fees

| Date (PT) | Title | Item | Fee type | Amount (USD) |
|---|---|---|---|---|
| Oct 8 10:29:24 | Knight Holding Sword Hollywood Metal Movie Acting Trophy Award | 281184025355 | Gallery Plus Fee | $1.00 |
| Oct 8 10:29:24 | Knight Holding Sword Hollywood Metal Movie Acting Trophy Award | 281184025355 | Item Subtitle Fee | $1.50 |
| Oct 12 10:18:24 | Knight Holding Sword Hollywood Metal Movie Acting Trophy Award specops-wss Final price: $650.00 (Fixed Price) | 281184025355 | Final Value Fee | $65.00 |
| Oct 12 10:18:26 | Knight Holding Sword Hollywood Metal Movie Acting Trophy Award Shipping and other costs less sales tax: $25.00 (Fixed Price) | 281184025355 | Final Value Fee on Shipping | $2.50 |
| Oct 12 13:46:33 | | 281186901907 | Gallery Plus Fee | $1.00 |

| Date (PT) | Title | Item | Fee type | Amount (USD) |
|---|---|---|---|---|
| | Knight Holding Sword Hollywood Metal Movie Acting Trophy Award | | | |
| Oct 12 13:46:33 | Knight Holding Sword Hollywood Metal Movie Acting Trophy Award | 281186901907 | Item Subtitle Fee | $1.50 |
| Oct 15 23:30:31 | Hollywood Merit Award For Acting Famous Gold Achievement Trophy Prop | 281189054236 | Gallery Plus Fee | $1.00 |
| Oct 15 23:30:31 | Hollywood Merit Award For Acting Famous Gold Achievement Trophy Prop | 281189054236 | Item Subtitle Fee | $1.50 |
| Oct 22 17:34:06 | Knight Holding Sword Hollywood Metal Movie Acting Trophy Award 6232boo Final price: $475.00 (Fixed Price) | 281186901907 | Final Value Fee | $47.50 |
| Oct 22 17:34:07 | Knight Holding Sword Hollywood Metal Movie Acting Trophy Award Shipping and other costs less sales tax: $25.00 (Fixed Price) | 281186901907 | Final Value Fee on Shipping | $2.50 |
| Oct 22 19:41:51 | Hollywood Merit Award For Acting Famous Gold Achievement Trophy Prop 6232bob Best Offer price: $1,500.00 (Fixed Price) | 281189054236 | Final Value Fee | $150.00 |
| Oct 22 22:38:56 | Knight Holding Sword Hollywood Metal Movie Acting Trophy Award | 281193567447 | Gallery Plus Fee | $1.00 |
| Oct 22 22:38:56 | Knight Holding Sword Hollywood Metal Movie Acting Trophy Award | 281193567447 | Item Subtitle Fee | $1.50 |
| Oct 24 08:34:45 | Hollywood Merit Award For Acting Famous Gold Achievement Trophy Prop | 281194369680 | Gallery Plus Fee | $1.00 |
| Oct 24 08:34:45 | Hollywood Merit Award For Acting Famous Gold Achievement Trophy Prop | 281194369680 | Item Subtitle Fee | $1.50 |
| Oct 25 12:45:50 | Hollywood Merit Award For Acting Famous Gold Achievement Trophy Prop | 281195076543 | Item Subtitle Fee | $0.50 |
| Oct 25 13:09:36 | Hollywood Merit Award For Acting Famous Gold Achievement Trophy Prop | 281195076543 | International Site Visibility Fee | $0.40 |
| Oct 26 10:00:46 | Knight Holding Sword Hollywood Metal Movie Acting Trophy Award studiosouth Final price: $200.00 (Fixed Price) | 281193567447 | Final Value Fee | $20.00 |
| Oct 26 10:00:47 | | 281193567447 | | $2.50 |

| Date (PT) | Title | Item | Fee type | Amount (USD) |
|---|---|---|---|---|
| | Knight Holding Sword Hollywood Metal Movie Acting Trophy Award Shipping and other costs less sales tax: $25.00 (Fixed Price) | | Final Value Fee on Shipping | |
| Oct 28 12:09:56 | DS Laboratories Revita Hair-Growth Stimulating Shampoo 180 ml | 281197103025 | Item Subtitle Fee | $1.50 |
| Oct 28 12:45:52 | Hollywood Merit Award For Acting Famous Gold Achievement Trophy Prop Final price: $760.00 (Auction) | 281195076543 | Final Value Fee | $76.00 |
| Oct 28 14:22:36 | Hollywood Merit Award For Acting Famous Gold Achievement Trophy Prop Shipping and other costs less sales tax: $25.00 (Auction) | 281195076543 | Final Value Fee on Shipping | $2.50 |

Transaction fees total: $383.40

## Total new fees: $383.40

**Billing Detail Summary**

| | |
|---|---|
| Total invoices, payments, and refunds | $0.00 |
| Total discounts | $0.00 |
| Total credits | -$150.00 |
| Total New Fees | $383.40 |

**Total Amount due**     **$233.40**

How do I pay my invoice?

Thank you for doing business with eBay!



# INVOICE
November 30, 2013

**Invoice number**
113013-11264713500014

eBay, Inc.
2145 Hamilton Avenue
San Jose, CA 95125
United States

**Bill to**

Jaime De La Rosa
2601 La Frontera Blvd Apt 3202
Round Rock, TX 78681
United States

**eBay user ID**
jjleo0205

**Sequential ID**
120213-US389024114-8 IN

## Know your Invoice

**Advanced listing upgrade fees**
Includes fees on listing features and
upgrades, such as Buy It Now. Learn more

**Subscription and onetime fees**
Includes subscriptions and other monthly
fees, such as an eBay store subscription,
seller tool subscriptions, late fees, and
declined payment fees.

**Shipping fees**
Includes services such as Global Shipping
Program, return and FedEx shipping labels
printed on eBay. Learn more

## Account summary    November 1 - November 30 Pacific Time

| | |
|---|---:|
| Previous balance | $233.40 |
| Payment received  Dec 1 - Thank you | -$235.90 |
| **New fees** Includes promotional savings where applicable | |
| Advanced listing upgrade fees | $4.00 |
| Final value fees | $1.30 |
| **Subtotal** | **$5.30** |
| **Discounts and credits** | |
| Credits | -$2.80 |
| **Subtotal** | **-$2.80** |
| **Total due** | **$0.00** |

Your account is up to date. No payment is required at this time.

- Make a onetime payment
- Change your payment method

### Promotional savings  (View details)

| | |
|---|---:|
| Insertion fees | -$0.60 |
| **Total Saved**\*\* | **-$0.60** |

\*\*Total saved is an estimate and may not include all promotions credits or
reflect changes in your eligibility for promotions

**Notice**

The services described in this statement relate to your registration on www.ebay.com.

**Everything about fees**

- Learn more about selling fees
- Discover how fees work on eBay

**More Information**

- Your contact information
- Payment and processing policies

## Invoices, payment, and refunds

### Last invoice

| Date (PT) | Title | Amount (USD) |
| --- | --- | --- |
| Oct 31 | Last invoice --Oct 31 | $233.40 |
| | | Total last invoices: $233.40 |

### Payments

| Date (PT) | Payment | Amount (USD) |
| --- | --- | --- |
| Nov 15 | PayPal payment--Automatic monthly billing--Thank you | -$233.40 |
| Nov 19 | PayPal payment--Thank you | -$2.50 |
| | | Total payments: -$235.90 |

**Total invoices, payments, and refunds: -$2.50**

## Credits

### Transaction credits

| Date (PT) | Title | Item | Fee type | Amount (USD) |
| --- | --- | --- | --- | --- |
| Nov 1 06:16:38 | DS Laboratories Revita Hair-Growth Stimulating Shampoo 180 ml | 281197103025 | Final Value Fee | -$1.30 |
| Nov 11 09:41:32 | Academy Award Hollywood Metal Movie Acting Trophy Prop Replica Ref # EndItem | 281205348624 | Item Subtitle Fee | -$1.50 |
| | | | Total credits: -$2.80 |

**Total credits: -$2.80**

## New Fees

### Transaction fees

| Date (PT) | Title | Item | Fee type | Amount (USD) |
| --- | --- | --- | --- | --- |
| Nov 1 06:16:38 | DS Laboratories Revita Hair-Growth Stimulating Shampoo 180 ml naor2112 Final price: $12.99 (Fixed Price) | 281197103025 | Final Value Fee | $1.30 |
| Nov 11 09:41:32 | Academy Award Hollywood Metal Movie Acting Trophy Prop Replica | 281205348624 | Item Subtitle Fee | $1.50 |
| Nov 16 13:02:42 | Knight Holding Sword Hollywood Metal Movie Acting Trophy Award | 281208566913 | Gallery Plus Fee | $1.00 |
| Nov 16 13:02:42 | | 281208566913 | Item Subtitle Fee | $1.50 |

| Date (PT) | Title | Item | Fee type | Amount (USD) |
|-----------|-------|------|----------|--------------|
| | Knight Holding Sword Hollywood Metal Movie Acting Trophy Award | | | |

Transaction fees total: $5.30

**Total new fees: $5.30**

**Billing Detail Summary**

| | |
|---|---|
| Total invoices, payments, and refunds | -$2.50 |
| Total discounts | $0.00 |
| Total credits | -$2.80 |
| Total New Fees | $5.30 |

No payment due (credit or zero balance): **$0.00**

How do I pay my invoice?

Thank you for doing business with eBay!



**eBay, Inc.**
2145 Hamilton Avenue
San Jose, CA 95125
United States

**Bill to**

Jaime De La Rosa
2601 La Frontera Blvd Apt 3202
Round Rock, TX 78681
United States

**eBay user ID**
jjleo0205

**Sequential ID**
010214-US393283395-9 IN

## Know your Invoice

**Advanced listing upgrade fees**

Includes fees on listing features and
upgrades, such as Buy It Now. Learn more

**Subscription and onetime fees**

Includes subscriptions and other monthly
fees, such as an eBay store subscription.
seller tool subscriptions, late fees , and
declined payment fees

**Shipping fees**

Includes services such as Global Shipping
Program, return and FedEx shipping lables
printed on eBay. Learn more

---

Invoice number
123113-11264713500014

# INVOICE
December 31, 2013

## Account summary   December 1 - December 31 Pacific Time

**New fees** Includes promotional savings where applicable

| | |
|---|---|
| Advanced listing upgrade fees | $6.00 |
| Final value fees | $59.50 |
| **Subtotal** | **$65.50** |

**Total due**          **$65.50**

You have set up PayPal as your automatic payment method. Your
invoice amount will be automatically deducted from your PayPal
account between **January 15, 2014** and **January 17, 2014**. The
amount deducted may vary based on recent payments or credits.

- Make a onetime payment
- Change your payment method

**Promotional savings** (View details)

| | |
|---|---|
| Insertion fees | -$1.20 |
| **Total Saved**\*\* | **-$1.20** |

\*\*Total saved is an estimate and may not include all promotions credits or
reflect changes in your eligibility for promotions

---

**Notice**

**Late Fees:** You may be billed a late payment fee if payment on your account is overdue. Please refer to the Payment requirements section of the eBay Help pages for more information.

The services described in this statement relate to your registration on www.ebay.com.

**Everything about fees**

- Learn more about selling fees

- Discover how fees work on eBay

**More Information**

- Your contact information

- Payment and processing policies

## New Fees

**Transaction fees**

| Date (PT) | Title | Item | Fee type | Amount (USD) |
|---|---|---|---|---|
| Dec 10 00:01:42 | Knight Holding Sword Hollywood Metal Movie Acting Trophy Award | 281224540161 | Item Subtitle Fee | $1.50 |
| Dec 13 22:16:07 | Knight Holding Sword Hollywood Metal Movie Acting Trophy Award | 281226919214 | Item Subtitle Fee | $1.50 |
| Dec 18 11:34:41 | Knight Holding Sword Hollywood Metal Movie Acting Trophy Award musicbetweenthesheets Final price: $280.00 (Fixed Price) | 281226919214 | Final Value Fee | $28.00 |
| Dec 18 11:34:42 | Knight Holding Sword Hollywood Metal Movie Acting Trophy Award Shipping and other costs less sales tax: $15.00 (Fixed Price) | 281226919214 | Final Value Fee on Shipping | $1.50 |
| Dec 19 23:53:46 | Knight Holding Sword Hollywood Metal Movie Acting Trophy Award | 281230945485 | Item Subtitle Fee | $1.50 |
| Dec 20 22:30:20 | Knight Holding Sword Hollywood Metal Movie Acting Trophy Award | 281231449659 | Item Subtitle Fee | $1.50 |
| Dec 23 01:13:19 | Knight Holding Sword Hollywood Metal Movie Acting Trophy Award wpwino Final price: $275.00 (Fixed Price) | 281231449659 | Final Value Fee | $27.50 |
| Dec 23 01:13:19 | Knight Holding Sword Hollywood Metal Movie Acting Trophy Award Shipping and other costs less sales tax: $25.00 (Fixed Price) | 281231449659 | Final Value Fee on Shipping | $2.50 |

Transaction fees total: $65.50

**Total new fees: $65.50**

**Billing Detail Summary**

| | |
|---|---|
| Total invoices, payments, and refunds | $0.00 |
| Total discounts | $0.00 |
| Total credits | $0.00 |
| Total New Fees | $65.50 |
| **Total Amount due** | **$65.50** |

How do I pay my invoice?

**Thank you for doing business with eBay!**